**Order entered November 19, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00943-CR

### NDUBUISI NKALARI, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law
Rockwall County, Texas
Trial Court Cause No. CR13-1057**

## ORDER

The Court **GRANTS** court reporter Deborah K. Hamon's November 16, 2015 motion for extension of time to file the reporter's record.

We **ORDER** Ms. Hamon to file the reporter's record within **THIRTY (30) DAYS** from the date of this order.

/s/     ADA BROWN
        JUSTICE